PS 10
(12/06)

**United States District Court**
**for the**
**Eastern District of Tennessee**



RECEIVED BY: HW
DATE: 8/16/2021    TIME 430
U.S. MARSHAL  E/TN
KNOXVILLE, TN

U.S.A. vs William Brian Cain                    Docket No.: 3:21-CR-00008-001

TO: [1] **Any United States Marshal or any agent of the FBI**

FILED



AUG 17 2021

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

| WARRANT FOR ARREST OF DEFENDANT | | | | |
|---|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her pretrial release imposed by the Court. | | | | |
| NAME OF DEFENDANT<br>**William Brian Cain** | | SEX<br>Male | RACE<br>White | AGE<br>41 |
| ADDRESS(STREET, CITY, STATE)<br>**9212 Wells Station Road, Knoxville, TN 37931** | | | | |
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATES)<br>**The Honorable H. Bruce Guyton, United States Magistrate Judge**<br>**Eastern District of Tennessee** | | | | |
| CLERK<br>LeAnna R. Wilson | (BY) DEPUTY CLERK | | DATE<br>August 16, 2021 | |

| RETURN | | | |
|---|---|---|---|
| WARRANT RECEIVED AND EXECUTED | DATE RECEIVED<br>8/16/2021 | DATE EXECUTED<br>8/16/2021 | |
| EXECUTING AGENCY (NAME AND ADDRESS) | | | |
| NAME<br>KEVIN CALLAGHAN | (BY) | | DATE<br>8/17/2021 |

FID: 11206817
USMS: 20677-509

2174-0816-1820-B

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the <dist name>;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."