UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA )
)
) No. 3:21-CR-8
V. )
)
)
WILLIAM BRIAN CAIN )

## ORDER OF DETENTION

On December 23, 2020, the defendant was released on an order setting conditions of release (Doc. 17). On August 16, 2021 a petition for action on that order was filed by the defendant's probation officer (Doc. 35). The petition was signed by the undersigned that alleges that the defendant had violated the conditions of the order.

The defendant, and his attorney, executed a Waiver of Detention and Waiver of a Preliminary Hearing, and agreed to revocation of release. The Court accepted the waiver. The Court finds that there are no conditions upon which the defendant may be released that would reasonably assure that he would not be a danger to the community, and the Court further finds that he is unlikely to abide by any conditions. Accordingly, the defendant's pretrial release is hereby revoked.

It is therefore **ORDERED** that:

(1) The Order Setting Conditions of Release (Doc. 17) is REVOKED;

(2) Defendant be detained;

(3) Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving

sentences or being held in custody pending appeal;

(4) Defendant be afforded reasonable opportunity for private consultation with counsel; and

(5) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States marshal for the purpose of an appearance in connection with any court proceeding.

**IT IS SO ORDERED.**

_____
United States Magistrate Judge