To Whom it May Concern, re: Case   3:21-CR-08                    Feb 28, 2022

My name is Kathleen Hambrick. William Brian Cain reached out to me in July of 2021. He was confused, upset, and afraid for his life. He told me all that had happened to him and asked if I had heard of any of this happening to others.

He reached out to me because I am an advocate against ICAC federal task force proactive stings and government entrapment. I have personal experience in this field, as reported by the New York Times article entitled "Convicted of Sex Crimes, But with No Victims" dated August of 2020. I have also spoken to hundreds of persons and family members across our nation who have had similar experiences.

Brian's case was not a sting, and I'm sorry to say I was not prepared at the time to help him further as I had heard little of this type of case before I met him. I have since heard an alarming number of similar cases. All involving either used electronics or the legal downloading of adult pornography.

When I met Brian he was desperate to try to find a way out of this trap. He had secured a high profile lawyer in whom he put his trust. Unfortunately that lawyer did little to actually defend his client, and nothing to prove his innocence. The truth is there are ways to defend oneself in these cases, but the layperson is ill advised and ill equiped to do so. By the time they learn what must be done, they've usually spent what funds were available on the lawyer, who can't help them without forensic or investigative analysis, and there is no money left.

In my opinion this is what happened in this case. Without additional funds for an actual defense, the lawyer is merely a plea mediator. The prosecution is free to represent, and misrepresent, the predisposition, intentions, and factual actions taken by a man with no criminal history.

I am writing you today to plea for leniency. This man is an only child, whose elderly parents are in quick physical and mental decline due to these proceedings. His parents call me very often, even though they have been threatened by the prosecution not to. I try to give them emotional support, common sense advice, and realistic expectations but the truth is there is nothing I can offer them.

I beg of you, whatever sentence you grant this man, to make allowances that keep this man as close as possible to his aging parents, allowing them frequent in person visitation, and through video calls. They do not have much but would give all they have to see their son.

Thank you for your time and compassion in this matter.

Respectfully,
Kathleen Hambrick
1195 Hood St NE
Salem, OR 97301

*Kathleen Hambrick* (signature)

